UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID ALLAN TAYLOR,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:14-cv-2338
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's February 22, 2016 Report and Recommendation.  (ECF No. 14.)  The Magistrate Judge recommended that the Court overrule Plaintiff's statement of specific errors and affirm the decision of the Commissioner of Social Security.  The Report and Recommendation specifically advised Plaintiff that a failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (*Id.* at Page ID # 513.)

Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 14), **OVERRULES** Plaintiff's statement of specific errors (ECF No. 10), and **AFFIRMS** the decision of the Commissioner of Social Security denying Plaintiff benefits.  The Clerk shall enter judgment accordingly and terminate this action on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

               /s/ Gregory L. Frost
              GREGORY L. FROST
              UNITED STATES DISTRICT JUDGE